IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-60416
Summary Calendar
_____


JIN WANG CHANG, also
known as Chang Jin Wang,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.


- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
USDC No. A72 450 089
- - - - - - - - - -
January 10, 1997
Before SMITH, DUHÉ, and BARKSDALE, Circuit Judges.

PER CURIAM:*

     Jin Wang Chang petitions this court to review the Board of
Immigration Appeals' decision denying his applications for asylum
and withholding of deportation.  Chang contends that he
established a well-founded fear of persecution based on his
opposition to the Chinese policy of population control and his
membership in a particular group.  We have reviewed the record,
the BIA's decision, and the briefs and determine that the

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

evidence does not compel reversal of the BIA's determination.

Chun v. INS, 40 F.3d 76, 78 (5th Cir. 1994).

PETITION DENIED.